**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-1426-LK |
| *Plaintiff,* | **JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES' MOTION TO DISMISS BRIEFING** |
| v. | |
| KALSHI INC., | |
| *Defendant.* | |

Pursuant to Local Civil Rule 7(j) and section II of the Court's Standing Order (ECF No. 5-1), plaintiff Nicholas Brown ("Mr. Brown") and defendant Kalshi Inc. ("Kalshi"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 27, 2026, plaintiff filed his Class Action Complaint (the "Complaint") in this matter;

WHEREAS, on May 1, 2026, plaintiff served the Complaint on defendant Kalshi;

WHEREAS, Kalshi's current deadline to respond to the Complaint is May 22, 2026;

WHEREAS, Kalshi requires additional time to evaluate and respond to the allegations in the Complaint;

JOINT STIPULATION FOR EXTENSION OF TIME FOR THE
PARTIES' MOTION TO DISMISS BRIEFING
Case No. 2:26-cv-1426-LK

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

WHEREAS, on or about May 18, 2026, the parties conferred regarding an extension to the deadline for Kalshi to respond to the Complaint and to the deadlines for the parties' subsequent briefing in the event Kalshi responds by motion;

WHEREAS, section II of the Court's April 30, 2026, Standing Order provides that, "Absent extraordinary delay or other special circumstances, the parties are free to agree among themselves to extend the deadline to answer or otherwise respond to claims, counterclaims, or crossclaims contained in a pleading without a Court order," ECF No. 5-1 at 3;

WHEREAS, good cause exists for the extensions provided for and requested by this stipulation, which is the parties' first such stipulated extension of time regarding Kalshi's response to the Complaint and any related briefing; and

WHEREAS, the stipulated extensions are not sought for the purposes of delay and will not prejudice any party;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.    Kalshi shall file its response to the Complaint by **July 17, 2026**;

2.    If Kalshi responds by motion, then, subject to Court approval, Mr. Brown's opposition to that motion, if any, shall be filed by **September 18, 2026**, and Kalshi's reply in support of its motion, if any, shall be filed by **October 16, 2026**.

**IT IS SO STIPULATED.**

Dated: May 19, 2026                    Respectfully submitted,

By: */s/ Natalya P. Maze*
Natalya P. Maze
npm@mazelawgroup.com
MAZE LAW GROUP PLLC
1600B SW Dash Point Rd. #127
Federal Way, WA 98023
Telephone: 206-355-6314

Vivek Kothari (*pro hac vice* application forthcoming)
vivek@kothari.law
KOTHARI LAW
555 SE Martin Luther King Blvd.

JOINT STIPULATION FOR EXTENSION OF TIME FOR THE
PARTIES' MOTION TO DISMISS BRIEFING
Case No. 2:26-cv-1426-LK

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Portland, OR 97214
Telephone: 503-567-6735

Jonathan D. Grunberg (*pro hac vice* application forthcoming)
jgrunberg@wgwlawfirm.com
WADE, GRUNBERG & WILSON, LLC
3100 Cumberland Blvd SE, Ste. 1130
Atlanta, GA 30339
Telephone: 404-600-1153

*Attorneys for Plaintiffs*

Dated: May 19, 2026

By: */s/ Matthew Hosen*
Matthew Hosen
matthosen@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905 7000
Fax: (206) 905 7100

Avi Perry*
aviperry@quinnemanuel.com
Rachel Frank Quinton*
rachelquinton@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538 8000
Fax: (202) 538 8100
(*Admitted *Pro Hac Vice*)

John W. Baumann*
jackbaumann@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100
(*Admitted *Pro Hac Vice*)

JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES' MOTION TO DISMISS BRIEFING
Case No. 2:26-cv-1426-LK

3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Nicolas G. Keller*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES' MOTION TO DISMISS BRIEFING
Case No. 2:26-cv-1426-LK

4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000