**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br><br>     v.<br><br>KALSHI INC.,<br><br>     *Defendant.* | Case No. 2:26-cv-1426-LK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES' MOTION TO DISMISS BRIEFING (ECF No. 14)** |

On May 18, 2026, the parties filed a Stipulation for Extension of Time for the Parties' Motion to Dismiss Briefing (the "Stipulation"). ECF No. 14. Based on the record, the relevant law, for the good cause demonstrated in the Stipulation, and in the Court's discretion, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

1.    Defendant shall file its response to the Complaint by **July 17, 2026**;[1]

2.    If defendant responds by motion, then plaintiff's opposition to that motion, if any, shall be filed by **September 18, 2026**, and defendant's reply in support of its motion, if any, shall be filed by **October 16, 2026**.

---

[1]   Pursuant to section II of the Court's Standing Order, "the parties are free to agree among themselves to extend the deadline to answer or otherwise respond to claims, . . . contained in a pleading without a Court order." ECF No. 5-1 at 3.

**IT IS SO ORDERED.**

Dated this 21st day of _____May_____, 2026.

HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Natalya P. Maze*
Natalya P. Maze
npm@mazelawgroup.com
MAZE LAW GROUP PLLC
1600B SW Dash Point Rd. #127
Federal Way, WA 98023
Telephone: 206-355-6314

Vivek Kothari (*pro hac vice* application forthcoming)
vivek@kothari.law
KOTHARI LAW
555 SE Martin Luther King Blvd.
Portland, OR 97214
Telephone: 503-567-6735

Jonathan D. Grunberg (*pro hac vice* application forthcoming)
jgrunberg@wgwlawfirm.com
WADE, GRUNBERG & WILSON, LLC
3100 Cumberland Blvd SE, Ste. 1130
Atlanta, GA 30339
Telephone: 404-600-1153

*Attorneys for Plaintiffs*

By: */s/ Matthew Hosen*
Matthew Hosen
matthosen@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905 7000
Fax: (206) 905 7100

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR
EXTENSION OF TIME FOR THE PARTIES' MOTION TO
DISMISS BRIEFING (ECF NO. 14)
Case No. 2:26-cv-1426-L

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Avi Perry*
aviperry@quinnemanuel.com
Rachel Frank Quinton*
rachelquinton@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538 8000
Fax: (202) 538 8100
(*Admitted *Pro Hac Vice*)

Jack W. Baumann*
jackbaumann@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443 3000
Fax: (213) 443 3100
(*Admitted *Pro Hac Vice*)

Nicolas G. Keller*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849 7000
Fax: (212) 849 7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR
EXTENSION OF TIME FOR THE PARTIES' MOTION TO
DISMISS BRIEFING (ECF NO. 14)
Case No. 2:26-cv-1426-L

3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000