**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated,<br><br>            *Plaintiff,*<br><br>            v.<br><br>KALSHI INC.,<br><br>            *Defendant.* | Case No. 2:26-cv-1426-LK<br><br><br>**DECLARATION OF BRIAN TA IN SUPPORT OF DEFENDANT KALSHI INC.'S MOTION TO DISMISS**<br><br>Hon. Lauren King |

DECLARATION OF BRIAN TA IN SUPPORT OF
DEFENDANT KALSHI INC.'S MOTION TO DISMISS
CASE NO. 2:26-CV-1426

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

## DECLARATION OF BRIAN TA

I, Brian Ta, declare as follows:

1. I serve as defendant Kalshi Inc.'s ("Kalshi") Product Growth Manager. I submit this Declaration in Support of Kalshi's Motion to Dismiss and Motion to Strike in the above-captioned matter. The following facts are based on personal knowledge acquired in the ordinary course of business and for the purpose of this litigation, and, if called as a witness, I could and would testify competently thereto.

2. In my role at Kalshi, I am familiar with Kalshi's corporate structure, with the design and operation of the "refer a friend" feature, and with the corresponding screenshots attached as exhibits to this declaration.

### Kalshi's Corporate Citizenship

3. Kalshi operates a prediction market exchange on which its users trade contracts tied to the outcomes of real-world events. Kalshi is a Designated Contract Market ("DCM") that is regulated by the U.S. Commodity Futures Trading Commission ("CFTC").

4. Kalshi is a corporation organized under the laws of the State of Delaware.

5. Kalshi's principal place of business is 594 Broadway, Suite 407, New York, NY 10012.

6. Kalshi does not maintain offices, own or lease real property, or have employees in the State of Washington.

### Kalshi's "Refer a Friend" Feature

7. I have reviewed plaintiff Nicholas Brown's complaint (the "Complaint"). *See* ECF No. 1.

8. The Complaint depicts and discusses the Kalshi "refer a friend" feature that existed on or about February 6, 2026, and users' use thereof. *See, e.g.*, Compl. ¶¶ 16-22. However, the Complaint's description of this feature and a user's use thereof is partial and incomplete.

9. In order to provide a comprehensive picture in the exhibits attached to this declaration of what Kalshi's "refer a friend" feature looked like and how it worked on or about

DECLARATION OF BRIAN TA IN SUPPORT OF
DEFENDANT KALSHI INC.'S MOTION TO DISMISS
CASE NO. 2:26-CV-1426

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

February 6, 2026, I have reviewed internal records and collected snapshots of the referral flow at the time.  Where contemporaneous snapshots of the referral flow were available in the records, I used those.  Where contemporaneous snapshots were not found, but the records otherwise enabled me—with a reasonably high degree of fidelity—to recreate such snapshots substantially as they would have existed at the time, I have done so to the best of my knowledge, belief, and understanding.

10.    Attached as **Exhibit #1** is a true and correct copy, based off of internal records, of the complete sequence of screens a Kalshi user would have seen within the Kalshi mobile app when accessing the "refer a friend" feature on the Kalshi mobile app on or about February 6, 2026.

11.    Attached as **Exhibit #2** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen outside of the Kalshi mobile app when sending a referral link to a contact on or about February 6, 2026, using an Apple mobile device.

12.    Attached as **Exhibit #3** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen outside of the Kalshi mobile app when sending a referral link to a contact on or about February 6, 2026, using an Android mobile device (specifically, a Pixel 10 Pro XL on Android 17).

13.    Attached as **Exhibit #4** is a true and correct copy, based on internal records, of the complete sequence of screens a Kalshi user would have seen within the Kalshi desktop website when accessing the "refer a friend" feature on the Kalshi desktop webpage on or about February 6, 2026.

14.    Attached as **Exhibit #5** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen outside of the Kalshi desktop website when sending a referral link to a contact on or about February 6, 2026, using a desktop computer or laptop.

DECLARATION OF BRIAN TA IN SUPPORT OF DEFENDANT KALSHI INC.'S MOTION TO DISMISS CASE NO. 2:26-CV-1426

3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

15. Kalshi's "refer a friend" feature was available nationwide in or about February 2026. Kalshi has not, did not, and does not target the "refer a friend" feature at Washington or at Washington residents in particular.

16. When a user shares a referral link, Kalshi does not determine, and does not know, the identity, phone number, or geographic location of the person, if any, to whom the user chooses to send it.

17. Attached as **Exhibit #6** is a true and correct copy of the webpage available at the link depicted in the screenshot at paragraph 42 of the Complaint, which is https://kalshi.com/sign-up/?referral=8a51acdf-5d25-4f9d-aa2c-ec41d34dfa45&m=true.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on July 17, 2026, at San Francisco, California.

Signed by:

Brian Ta
Growth Product Manager
Kalshi Inc.

DECLARATION OF BRIAN TA IN SUPPORT OF
DEFENDANT KALSHI INC.'S MOTION TO DISMISS
CASE NO. 2:26-CV-1426

4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000