**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-1426-LK |
| *Plaintiff,* | **DECLARATION OF NICOLAS G. KELLER IN SUPPORT OF DEFENDANT KALSHI INC.'S MOTION TO DISMISS** |
| v. | |
| KALSHI INC., | Hon. Lauren King |
| *Defendant.* | |

DECLARATION OF NICOLAS G. KELLER IN SUPPORT OF
DEFENDANT KALSHI INC.'S MOTION TO DISMISS
CASE NO. 2:26-CV-1426

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

## DECLARATION OF NICOLAS G. KELLER

I, Nicolas G. Keller, declare as follows:

1. I am an associate attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, which represents defendant Kalshi Inc. ("Kalshi") in the above-captioned matter. I am admitted *pro hac vice* to practice before this Court. *See* ECF No. 13.

2. I make this Declaration in Support of Kalshi's Motion to Dismiss and, in the Alternative, Motion to Strike the Class Allegations (the "Motion to Dismiss") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3. Attached as **Exhibit #1** is a true and correct copy of the Second Amended Complaint (ECF No. 62) filed in *Wright v. Lyft, Inc.*, No. 2:14-cv-00421-BJR (W.D. Wash. Apr. 4, 2016), which I obtained from the Court's electronic case filing (CM/ECF) system through the service PacerPro.

4. Attached as **Exhibit #2** is a true and correct copy of the First Amended Complaint (ECF No. 54) filed in *Moore v. Robinhood Fin. LLC*, No. 2:21-cv-01571-BJR (W.D. Wash. Feb. 9, 2022), which I obtained from the Court's electronic case filing (CM/ECF) system through the service PacerPro.

5. Attached as **Exhibit #3** is a true and correct copy of the Class Action Complaint (ECF No. 1-2) filed in *Bottoms v. Block, Inc.*, No. 2:23-cv-01969-MJP (W.D. Wash. Dec. 21, 2023), which I obtained from the Court's electronic case filing (CM/ECF) system through the service PacerPro.

6. Attached as **Exhibit #4** is a true and correct copy of the Consolidated Class Action Complaint (ECF No. 18) filed in *Charles v. Chime Fin., Inc.*, No. 2:25-cv-01361-KKE (W.D. Wash. Sept. 5, 2025), which I obtained from the Court's electronic case filing (CM/ECF) system through the service PacerPro.

7. Attached as **Exhibit #5** is a true and correct copy of a webpage published by Apple Inc., titled *Customize Sharing Options in an iPhone App*, available at

DECLARATION OF NICOLAS G. KELLER IN SUPPORT OF
DEFENDANT KALSHI INC.'S MOTION TO DISMISS
CASE NO. 2:26-CV-1426

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

https://support.apple.com/guide/iphone/customize-sharing-options-iphc572ca489/ios, which I accessed and captured on July 17, 2026.

8.　　Attached as **Exhibit #6** is a true and correct copy of an article by Jake Bloom, titled *Using Share Sheets on iOS and Android*, published on DEV on June 12, 2020, available at https://dev.to/jakebloom/using-share-sheets-on-ios-and-android-4obi, which I accessed and captured on July 17, 2026.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on July 17, 2026, at Orange City, Florida.

*/s/ Nicolas G. Keller*
Nicolas G. Keller

Declaration of Nicolas G. Keller in Support of Defendant Kalshi Inc.'s Motion to Dismiss
Case No. 2:26-cv-1426

3

Quinn Emanuel Urquhart & Sullivan LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000