**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-1426-LK |
| *Plaintiff,* | **DEFENDANT KALSHI INC.'S PRAECIPE TO FILE CORRECTED EXHIBIT #3 TO THE DECLARATION OF BRIAN TA [ECF NO. 20-3]** |
| v. | |
| KALSHI INC., | Hon. Lauren King |
| *Defendant.* | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:  Pursuant to Local Civil Rule 7(m), Defendant Kalshi Inc. ("Kalshi") respectfully submits this praecipe to correct an error in Exhibit #3 (ECF No. 20-3) to the Declaration of Brian Ta in Support of Defendant Kalshi Inc.'s Motion to Dismiss (the "Ta Declaration") (ECF No. 20), filed July 17, 2026, and to substitute the corrected version of Exhibit #3 attached hereto.

1. **Document being corrected:**  The document being corrected is Exhibit #3 to the Ta Declaration, ECF No. 20-3.

2. **Correction:**  As set forth in the Ta Declaration, Exhibit #3 depicts a demonstrative sequence of screens a Kalshi user would have seen when ***sending*** a referral link using an Android mobile device on or about February 6, 2026.  Ta Decl. ¶ 12.

DEFENDANT KALSHI INC.'S PRAECIPE FOR ECF NO. 20-3
CASE NO. 2:26-CV-1426

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

However, the final page of Exhibit #3 imprecisely depicted the referral message as it would appear on the **recipient's** device—that is, the referral message is displayed as an incoming message received from a Kalshi user rather than an outgoing message sent by a Kalshi user to a contact.  *See* ECF No. 20-3 at p. 4 (internally paginated as p. 3).  The corrected Exhibit #3 attached hereto replaces this final page with a demonstrative screenshot appropriately depicting the referral message as an outgoing message sent by the Kalshi user—as in, from the **sender's** perspective.  No other page of Exhibit #3 is affected by this correction.

3.      **Corrected document attached:**  A corrected version of Exhibit #3 is filed as an attachment to this praecipe.  The corrected final page reflects the change described above (*i.e.*, showing the referral message going from sender to recipient); all other pages are identical to the version previously filed at ECF No. 20-3.

As demonstrated above, this praecipe corrects a minor error only and does not alter any argument or position set forth in Kalshi's Motion to Dismiss (ECF No. 19) or other filings. Accordingly, Kalshi respectfully requests that the Court consider the attached corrected Exhibit #3 in place of the version previously filed at ECF No. 20-3.

Dated:  July 30, 2026

By: */s/ Matthew Hosen*
Matthew Hosen (Bar # 54855)
matthosen@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905-7000
Fax: (206) 905-7100

Avi Perry*
aviperry@quinnemanuel.com
Rachel Frank Quinton*
rachelquinton@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004

Defendant Kalshi Inc.'s Praecipe for ECF No. 20-3
Case No. 2:26-cv-1426

2

Quinn Emanuel Urquhart & Sullivan LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Tel: (202) 538-8000
Fax: (202) 538-8100
(*Admitted *Pro Hac Vice*)

John W. Baumann*
jackbaumann@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
(*Admitted *Pro Hac Vice*)

Nicolas G. Keller*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*

DEFENDANT KALSHI INC.'S PRAECIPE FOR ECF NO.
20-3
CASE NO. 2:26-CV-1426

3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000