**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

NICHOLAS BROWN, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

KALSHI INC.,

*Defendant*.

Case No. 2:26-cv-01426

Hon. Lauren King

**JOINT NOTICE OF CONSENT TO FILE FIRST AMENDED COMPLAINT & STIPULATED MOTION TO SET CORRESPONDING BRIEFING SCHEDULE**

NOTICE ON MOTION CALENDAR: August 21, 2026

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15(b), Plaintiff Nicholas Brown and Defendant Kalshi, Inc. ("Kalshi"), by and through their undersigned counsel, hereby file this Joint Notice for Consent to File First Amended Class Action Complaint ("FAC") and, pursuant to Local Civil Rule 7(j) and section II of the Court's Standing Order (ECF No. 5-1), move to set a briefing schedule for Kalshi's response thereto. The parties hereby agree to and stipulate as follows:

WHEREAS, on April 27, 2026, Plaintiff filed the Class Action Complaint in this action.

WHEREAS, on July 17, 2026, Defendant filed its Motion to Dismiss the Complaint and in the Alternative to Strike the Class Allegations.

WHEREAS, on or about August 6, 2026, the parties conferred regarding an extension to the deadline for Plaintiff to file the FAC;



Kothari Law LLC
555 SE Martin Luther King
Suite 3022
Portland, OR 97214
503-567-6735

WHEREAS, section II of the Court's April 30, 2026, Standing Order provides that, "Absent extraordinary delay or other special circumstances, the parties are free to agree among themselves to extend the deadline to answer or otherwise respond to claims, counterclaims, or crossclaims contained in a pleading without a Court order," ECF No. 5-1 at 3;

WHEREAS, good cause exists for the extensions provided for and requested by this stipulated motion, which is the parties' first such stipulated extension of time regarding Kalshi's response to the FAC;

WHEREAS, the stipulated extensions are not sought for the purposes of delay and will not prejudice any party;

WHEREAS, Plaintiff is filing Plaintiff's FAC on the docket in conjunction with this Notice and Motion; and

WHEREAS, a redlined copy of the FAC showing changes as compared to the original Complaint is attached as hereto as "Attachment A."

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant consents to the filing of Plaintiff's FAC by **August 21, 2026**. Plaintiff shall not later seek to amend as a matter of course under Rule 15(a)(1), and any further amendment of the pleadings beyond the FAC contemplated by this Notice shall require Defendant's separate written consent or leave of court under Rule 15(a)(2).

2. Defendant's consent to the filing of Plaintiff's FAC is given solely for procedural efficiency pursuant to FRCP 15(a)(2) and is made without prejudice to, and with a full reservation of, any and all defenses, arguments, objections, or motions Defendant may assert under Federal Rule of Civil Procedure 12 or other applicable law, except for a defense based on Plaintiff's right to have filed an amended complaint pursuant to Federal Rule of Civil Procedure 15. Defendant's consent hereto shall not be construed as an admission of liability.

3. Kalshi shall file its response to the FAC by **October 2, 2026.**

4. If Kalshi responds by motion, then, subject to Court approval, Plaintiff's opposition to that motion, if any, shall be filed by **November 13, 2026**, and Kalshi's reply in support of its motion,



Kothari Law LLC
555 SE Martin Luther King
Suite 3022
Portland, OR 97214
503-567-6735

if any, shall be filed by **December 11, 2026.**

5. Because Plaintiff's FAC supersedes the original Complaint, Defendant's pending Motion to Dismiss the Complaint and in the Alternative to Strike the Class Allegations (ECF No. 19) is directed at a since-superseded pleading. Accordingly, the parties respectfully request that the Court terminate that motion as moot.

IT IS SO STIPULATED.

Dated: August 21, 2026

By: */s/ Jonathan D. Grunberg*
Natalya P. Maze
npm@mazelawgroup.com
MAZE LAW GROUP PLLC
1600B SW Dash Point Rd. #127
Federal Way, WA 98023
Telephone: 206-355-6314

Vivek Kothari (admitted *pro hac vice*)
vivek@kothari.law
KOTHARI LAW
555 SE Martin Luther King Blvd.
Portland, OR 97214
Telephone: 503-567-6735

Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@wgwlawfirm.com
WADE, GRUNBERG & WILSON, LLC
3100 Cumberland Blvd SE,
STE. 1130
Atlanta, GA 30339
Telephone: 404-600-1153

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Matthew Hosen (w/ exp. Permission)*
Matthew Hosen
matthosen@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905-7000
Fax: (206) 905-7100

Avi Perry*
aviperry@quinnemanuel.com
Rachel Frank Quinton*
rachelquinton@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

John W. Baumann*
jackbaumann@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Nicolas G. Keller*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL URQUHART &

SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

(*Admitted Pro Hac Vice)

*Attorneys for Defendant*