**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

NICHOLAS BROWN, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

KALSHI INC.,

*Defendant.*

Case No. 2:26-cv-1426-LK

**DECLARATION OF BRIAN TA IN SUPPORT OF DEFENDANT KALSHI INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Hon. Lauren King



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

## DECLARATION OF BRIAN TA

I, Brian Ta, declare as follows:

1. I serve as defendant Kalshi Inc.'s ("Kalshi") Product Growth Manager. I submit this Declaration in Support of Kalshi's Motion to Dismiss the First Amended Complaint and, in the Alternative, to Strike the Class Allegations in the above-captioned matter (the "Second Ta Decl."). The following facts are based on personal knowledge acquired in the ordinary course of business and for the purpose of this litigation, and, if called as a witness, I could and would testify competently thereto.

2. In my role at Kalshi, I am familiar with Kalshi's corporate structure, with the design and operation of the "refer a friend" feature, and with the corresponding screenshots attached as exhibits to this declaration.

3. This Declaration is intended to supplement my prior declaration, which was filed as the Declaration of Brian Ta in Support of Defendant Kalshi Inc.'s Motion to Dismiss and, in the Alternative, to Strike the original complaint (the "First Ta Decl."). *See* ECF Nos. 20 & 26. The content of the First Ta Declaration remains accurate.

**Kalshi's "Refer a Friend" Feature**

4. I have reviewed plaintiff Nicholas Brown's First Amended Complaint (the "FAC"). *See* ECF No. 28.

5. The FAC depicts and discusses the Kalshi "refer a friend" feature that existed on or about February 6, 2026, and users' use thereof, as did the now-superseded original complaint. *See, e.g.*, FAC ¶¶ 22-29; *see also* Compl. ¶¶ 16-22. However, plaintiff's description of this feature and a user's use thereof is partial and incomplete.

6. The exhibits to the First Ta Declaration provided a comprehensive picture of what Kalshi's "refer a friend" feature looked like and how it worked on or about February 6, 2026, on different devices (*e.g.*, iOS, Android, desktop computer) and over different communication mediums (*e.g.*, iMessage, text message, Discord, email) while also showing the distinction

between the referral steps that occur within and outside of the Kalshi environment. *See* First Ta Decl., Ex. 1-6; ECF No. 26-1.

7. The First Ta Declaration included a single demonstrative depicting the referral flow that would have taken place via Facebook Messenger. *See* First Ta Decl., Ex. 5 at p. 3.

8. In his FAC, plaintiff acknowledges that the referral message he allegedly received from "Jennifer" was a Facebook Messenger message. Given plaintiff's acknowledgment, this Second Ta Declaration provides additional demonstratives of the referral flow that would have taken place specifically via Facebook Messenger across different devices.

9. Based on a search of internal records, I was unable to locate contemporaneous snapshots of these Facebook Messenger referral flows dated on or about February 6, 2026. However, those internal records and my institutional knowledge otherwise enabled me to recreate such snapshots as they would have existed at that time to the best of my knowledge, belief, and understanding and to the greatest degree of fidelity as is reasonably feasible—with one exception.

10. That exception is that the sample referral message language depicted in the mobile device exhibits to this Second Ta Declaration is different than the sample referral message language that would have existed on mobile devices on or about February 6, 2026. Specifically, as depicted in the FAC, the sample referral message language that existed on or about February 6, 2026, said: "Sign up for Kalshi with my link and we'll both get $25." *See* FAC ¶ 76; *see also* First Ta Decl., Ex. 2 at pp. 4-6 (iOS); *id*., Ex. 3 at p. 3 (Android) (corrected at ECF No. 26-1 at p. 3). In contrast, the mobile device exhibits to this Second Ta Declaration reflect the following different sample referral message language: "Kick off football season with a bonus up to $2,000 – just sign up for Kalshi with my link and start trading." Second Ta Decl., Exs. 1-2.

11. However, the remaining portions of the referral flow steps depicted in the exhibits to this Second Ta Declaration substantially reflect the referral steps that would have existed on or about February 6, 2026. Accordingly, to recreate precisely the referral flow that would have existed on or about February 6, 2026, it should be understood that the mobile device exhibits to this Second Ta Declaration would have included the February 6, 2026, language, "Sign up for

Kalshi with my link and we'll both get $25," and not "Kick off football season with a bonus up to $2,000 – just sign up for Kalshi with my link and start trading."

12. Attached as **Exhibit #1** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen *outside* of the Kalshi mobile app when sending a referral link to a contact on or about February 6, 2026, using Facebook Messenger on an Apple mobile device, after adjusting the sample referral message language pursuant to paragraph 11, *supra*.

13. Attached as **Exhibit #2** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen *outside* of the Kalshi mobile app when sending a referral link to a contact on or about February 6, 2026, using Facebook Messenger on an Android mobile device, after adjusting the sample referral message language pursuant to paragraph 11, *supra*.

14. These Exhibits #1 and #2 complement Exhibit #1 to the First Ta Declaration, which consists of a true and correct copy, based off of internal records, of the complete sequence of screens a Kalshi user would have seen *within* the Kalshi mobile app when accessing the "refer a friend" feature on the Kalshi mobile app on or about February 6, 2026.

15. Attached as **Exhibit #3** is a true and correct copy, based on internal records, of a demonstrative sequence of screens a Kalshi user would have seen *outside* of the Kalshi desktop website when sending a referral link to a contact on or about February 6, 2026, using Facebook Messenger on a desktop computer or laptop.

16. This Exhibit #3 complements Exhibit #4 to the First Ta Declaration, which consists of a true and correct copy, based on internal records, of the complete sequence of screens a Kalshi user would have seen *within* the Kalshi desktop website when accessing the "refer a friend" feature on the Kalshi desktop webpage on or about February 6, 2026.

17. Annotations in the form of red circles (or ovals) have been added to Exhibits #1-3 to guide the reader through the buttons that a user would have had to press to continue to the next step of the referral flow. These red annotations would not have appeared to a Kalshi user.

18. Additionally, redactions have been added to protect the identities of unrelated contacts. These redactions do not impact the understanding of the referral flows, which remain accurately depicted.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on October 1, 2026, at San Francisco, California.

Signed by:
Brian Ta
6BD762FE0D44485...

Brian Ta
Product Growth Manager
Kalshi Inc.