# EXHIBIT 1


3:30
TestFlight
DEV
Prediction referrals
TOTAL EARNED
$65
Earn up to $2,000 for each referral
3
Friends qualified
22
Friends invited
Kalshi
Kick off football season with a bo...
BB
Brandon Beckhardt
brian
Brandon Beckhardt
AirDrop
Messages
Slack
X
Copy
New Quick Note
Save to Files


3:30
TestFlight
DEV
Apps
Edit
Favorites
AirDrop
Messages
Suggestions
Slack
X
Notes
Reminders
Facebook
Google Maps
Gmail
Uber
Chrome
Zoom


3:33
Kalshi
Done
Send to
Create group
Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading. https://demo.kalshi.co/t/s6qp006p
Search
Brian Randy Ta
Send


3:33
Kalshi
Brian Randy Ta
Active now
Messages and calls are secured with end-to-end encryption. Only people in this chat can read, listen to, or share them. Learn more
You're now friends with Brian.
3:33 PM
Hi, Brian!
You can now message and call each other and see info like active status and when you have read messages.
Unread messages
Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading. https://demo.kalshi.co/t/s6qp006p
Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading. https://demo.kalshi.co/t/s6qp006p
Aa