# EXHIBIT 2


3:39
Prediction referrals
TOTAL EARNED
$25
Earn up to $2,000 for each referral
1
Friends qualified
11
Friends invited
Invited friends
Step 5 of 5
Bonus unlocked
Refer Friends
Sharing text
Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading. https://kalshi.com/t/55b43y4f
No recommended people to share with
Quick Share
Messages
Gmail
Messenger Chats
Drive


3:39
Send to
Create group
Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading.
Search
Brian Randy Ta
Send
Messenger
Send


3:39
Brian Randy Ta
View profile
Messages and calls are secured with end-to-end encryption. Only people in this chat can read, listen to, or share them. Learn more
3:33 PM
Message not restored
Message not restored
Message not restored
Restore messages
Personal chats are secured with end-to-end encryption, so you need to restore chat history when you switch devices.
Restore now
3:39 PM
mp:Kick off football season with a bonus up to $2,000 — just sign up for Kalshi with my link and start trading.ms:https://kalshi.com/t/55b43y4f
Delivered
Message