# EXHIBIT 3


Search Facebook
Brian Kalshi
Meta AI
Friends
Memories
Saved
Groups
Reels
Marketplace
Feeds
Events
Ads Manager
See more
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More
What's on your mind, Brian?
Create story
Share a photo, video or write something
No more posts
Add more friends to see more posts in your Feed.
Find friends
Sponsored
Group chats
Create group chat


Search Facebook
Brian Kalshi
Meta AI
Friends
Memories
Saved
Groups
Reels
Marketplace
Feeds
Events
Ads Manager
See more
Privacy · Consumer Health Privacy · Terms ·
Advertising · Ad Choices · Cookies · More
What's on your mind, Brian?
Create story
Share a photo, video or write something
No more posts
Add more friends to see more posts in your Feed.
Find friends
Chats
Search Messenger
All
Unread
Groups
Communities
Avoid losing chat history. Create PIN
No chats
When you have chats, you'll see them here.
See all in Messenger


Search Facebook
Brian Kalshi
Meta AI
Friends
Memories
Saved
Groups
Reels
Marketplace
Feeds
Events
Ads Manager
See more
Privacy · Consumer Health Privacy · Terms ·
Advertising · Ad Choices · Cookies · More
What's on your mind, Brian
Refresh
Create story
Share a photo, video or write something
No more posts
Add more friends to see more posts in your Feed.
Find friends
Sponsored
Group chats
Create group chat
New message
To:
Meta AI
Brian Kalshi


Search Facebook
Brian Kalshi
Meta AI
Friends
Memories
Saved
Groups
Reels
Marketplace
Feeds
Events
Ads Manager
See more
What's on your mind, Brian
Refresh
Create story
Share a photo, video or write something
No more posts
Add more friends to see more posts in your Feed.
Find friends
Sponsored
Group chats
Create group chat
New message
To: brian
Brian Kalshi
More people
[redacted]
Privacy · Consumer Health Privacy · Terms ·
Advertising · Ad Choices · Cookies · More


Search Facebook
Brian Kalshi
Meta AI
Friends
Memories
Saved
Groups
Reels
Marketplace
Feeds
Events
Ads Manager
See more
Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More
What's on your mind, Brian
Refresh
Create story
Share a photo, video or write something
No more posts
Add more friends to see more posts in your Feed.
Find friends
Sponsored
Group chats
Create group chat
Brian Kalshi
Avoid losing chat history
Create a PIN to access your chat history if you use another browser or device.
Create PIN
end-to-end encryption. Only people in this chat can read, listen to, or share them.
Learn more
3:00 PM
https://kalshi.com/t/noqv930j
Sent
Aa