**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>KALSHI INC.,<br>*Defendant.* | Case No. 2:26-cv-1426-LK<br>**DEFENDANT KALSHI INC.'S NOTICE OF CONSTITUTIONAL CHALLENGE**<br>Hon. Lauren King |



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

**NOTICE OF CONSTITUTIONAL CHALLENGE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403(b), Defendant Kalshi Inc. ("Kalshi") hereby notifies the Court and the Attorney General of the State of Washington that Kalshi's Motion to Dismiss the First Amended Complaint ("FAC") and, in the Alternative, to Strike the Class Allegations (the "Motion to Dismiss"), filed concurrently herewith, draws into question the constitutionality of a statute of the State of Washington as applied to Kalshi.

In support of this Notice, Kalshi states as follows:

- **Statute at issue:** The Motion to Dismiss draws into question the constitutionality of Washington's Commercial Electronic Mail Act ("CEMA"), RCW 19.190.
- **Constitutional question presented:** The Motion to Dismiss contends that CEMA, as applied to the referral communications alleged in the FAC, violates the First Amendment to the United States Constitution (applicable to the States through the Fourteenth Amendment) because it impermissibly burdens protected speech. *See* Motion to Dismiss § III.
- **Paper that raises the question:** The constitutional question is raised by Kalshi's Motion to Dismiss, filed on October 2, 2026. *See* Fed. R. Civ. P. 5.1(a)(1).
- **The State is not a party.** Neither the State of Washington nor any Washington State officer, office, agency, or employee sued in an official capacity is a party to this action. *See* Fed. R. Civ. P. 5.1(a)(1)(A).
- **Service on the Washington Attorney General:** In accordance with Federal Rule of Civil Procedure 5.1(a)(2), Kalshi will promptly serve a copy of this Notice, together with the Motion to Dismiss, on the Attorney General of the State of Washington by certified mail, return receipt requested (and/or by such electronic means as the Attorney General has agreed to accept). *See* Ex. 1 (draft of cover

letter to be sent to the Attorney General's Office). Once service is effected, Kalshi will file a certificate of service to the docket.

By filing this Notice, Kalshi does not concede that RCW 19.190 may constitutionally be applied to the conduct alleged; to the contrary, Kalshi contends that it may not. Kalshi submits this Notice so that, pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court may certify to the Attorney General of the State of Washington that the constitutionality of RCW 19.190 has been drawn into question, and so that the Attorney General may exercise the right to intervene within the time allowed by Rule 5.1(c) should he so choose.

Dated: October 2, 2026

By: */s/ Matthew Hosen*

Matthew Hosen
matthosen@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905-7000
Fax: (206) 905-7100

Avi Perry*
aviperry@quinnemanuel.com
Rachel Frank Quinton*
rachelquinton@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
(*Admitted *Pro Hac Vice*)

John W. Baumann*
jackbaumann@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

(*Admitted *Pro Hac Vice*)

Nicolas G. Keller*
nicolaskeller@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendant*